IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>S-TRAN HOLDINGS, INC., *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 05-11391 (KJC)<br>(Jointly Administered) |
| S-TRAN HOLDINGS, INC., SERVICE TRANSPORT, INC., and DIXIE TRUCKING COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PROTECTIVE INSURANCE COMPANY,<br><br>Defendant. | Adv. Proc. No. 07-51341 (KJC) |

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, made applicable to this proceeding pursuant to Federal Rule of Bankruptcy Procedure 7056, Plaintiffs S-Tran Holdings, Inc., Service Transport, Inc., and Dixie Trucking Company, Inc. ("Plaintiffs"), respectfully submit this motion for partial summary judgment (the "Motion"), and respectfully request that the Court issue a judgment as follows:

---

[1] The Debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

80960-001\DOCS_LA:179643.1

(1)   that Defendant Protective Insurance Company ("Defendant" or "Protective") must turnover to Plaintiffs property of the estate in the amount of $3,863,142, plus prejudgment interest thereon as provided by law, pursuant to 11 U.S.C. §542(a);

(2)   that Defendant has violated the automatic stay of 11 U.S.C. §362, and therefore must turnover to Plaintiff the amount of $3,863,142, plus prejudgment interest thereon, plus sanctions in an amount to be determined by this Court upon a further motion; and

(3)   that Defendant has committed unauthorized post-petition transfers, pursuant to 11 U.S.C. §549, and therefore those transfers, in the amount of $2,309,494 are avoided and Defendant shall pay the amount of $2,309,494 to Plaintiff.

[Remainder of page left intentionally blank]

WHEREFORE, Plaintiffs respectfully request that its Motion be GRANTED.

| | |
|---|---|
| Dated: February 26, 2008 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>By _____<br>Laura Davis Jones (Bar No. 2436)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Gillian N. Brown (*pro hac vice*)<br>Timothy P. Cairns (Bar No. 4228)<br>919 Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>(Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email: ljones@pszjlaw.com<br>        akornfeld@pszjlaw.com<br>        gbrown@pszjlaw.com<br>        tcairns@pszjlaw.com<br>Attorneys for Plaintiffs |