IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>S-TRAN HOLDINGS, INC., *et al.*[1],<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-11391 (KJC)<br>(Jointly Administered) |
| S-TRAN HOLDINGS, INC., SERVICE TRANSPORT, INC., and DIXIE TRUCKING COMPANY, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PROTECTIVE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Adv. Proc. No. 07-51341 (KJC) |

## ORDER GRANTING
## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS CAUSE came before the Court on *Plaintiffs' Motion for Partial Summary Judgment* (the "Motion"). Upon review of the papers, upon the hearing on the Motion, and upon the file in this matter,

IT IS HEREBY ORDERED AS FOLLOWS:

1.　The Motion is GRANTED.

---

[1]　The Debtors are the following entities:  S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

2.    Defendant Protective Insurance Company must turnover to Plaintiffs property of the estate in the amount of $3,863,142, plus prejudgment interest thereon, pursuant to 11 U.S.C. §542(a).

3.    Defendant has violated the automatic stay of 11 U.S.C. §362.

4.    Plaintiffs S-Tran Holdings, Inc., Service Transport, Inc., and Dixie Trucking Company, Inc. Plaintiffs shall be granted 20 calendar days from the date of entry of this Order within which to file a motion with this Court seeking sanctions for Defendant's violation of the automatic stay.

5.    Defendant has committed unauthorized post-petition transfers, pursuant to 11 U.S.C. §549, and therefore those transfers, in the amount of $2,309,494 are avoided and Defendant shall pay the amount of $2,309,494 to Plaintiff.


Done and Ordered on _____, 2008.


_____
The Honorable Kevin J. Carey
United States Bankruptcy
Judge